**Electronically Filed**
**Supreme Court**
**SCWC-30225**
**12-OCT-2011**
**10:41 AM**

NO. SCWC-30225

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER
THE POOLING AND SERVICE AGREEMENT RELATING TO IMPAC
SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-2, Petitioner/Plaintiff-Appellee

vs.

WAYNE PEELUA, Respondent/Defendant-Appellant

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(DC CIV. NO. 09-1-1872)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama,
Acoba, Duffy, and McKenna, JJ.)

The Application for Writ of Certiorari filed on

September 2, 2011, by Petitioner/Plaintiff-Appellee Deutsche Bank

National Trust Company, is hereby accepted.

DATED:  Honolulu, Hawaiʻi, October 12, 2011.

| | |
|---|---|
| Charles R. Prather and Peter K. Keegan (RCO Hawaii, LLLC) for petitioner/ plaintiff-appellee on the application. | /s/ Mark E. Recktenwald<br><br>/s/ Paula A. Nakayama<br><br>/s/ Simeon R. Acoba, Jr. |
| James Richard McCarty for Respondent/Defendant- Appellant on the opposition. | /s/ James E. Duffy, Jr.<br><br>/s/ Sabrina S. McKenna |